# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

**TO:** Mr. Samuel David Kinder Weiss
**CC:** Mr. Ian Bratlie
Ms. D Dangaran
Ms. Clare A. Diegel
Ms. Caitlinrose Hoolihan Fisher
Ms. Virginia R. McCalmont
Ms. Teresa Nelson
Mr. Robert B. Roche
Mr. David M. Shapiro
Mr. Daniel Rees Shulman
Ms. Jennifer Wedekind

Wilbert Glover

**FROM:** Amanda M. Trautt

**DATE:** December 05, 2022

**RE:** 22-2640 Wilbert Glover v. Richard Rodriquez, et al

Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiencies shown below.

__X__ Please file a Corrected Certificate of Service entry in CM/ECF, within five days of the date of this notice, showing service of the paper copies of your brief. Pursuant to 8th Cir. R. 28A(d), counsel must serve one copy of the paper brief upon each party separately represented or proceeding pro se.